## UNITED STATES COURT OF INTERNATIONAL TRADE

CAMEL ENERGY, INC.,

     Plaintiff,

v.

UNITED STATES, ET AL.,

     Defendants.

Before: Claire R. Kelly, Judge

Court No. 25-00420

## ORDER ON MOTION TO LIFT ORDER OF TEMPORARY RELIEF

Upon consideration of Plaintiff's Consent Motion for Order to Lift Order of Temporary Relief, see ECF No. 25, the Court **GRANTS** the Plaintiff's Consent Motion for Order to Lift Order of Temporary Relief and **LIFTS** the December 24, 2025 Order of Temporary Relief, see ECF No. 21, prohibiting Defendant U.S. Customs and Border Protection and its officers, employees, and agents from taking any action seizing, destroying, harming, molesting, requiring or otherwise forcing export or re-export, or otherwise disturbing the present status quo of the entries subject to the above captioned litigation and identified in ECF Nos. 8 and 8-1.  This Order does not affect Plaintiff's right to seek declaratory judgment and/or a stipulated judgment of facts. This Order does not close the case.

It is so **ORDERED.**

/s/ Claire R. Kelly
Claire R. Kelly, Judge

Dated:     March 27, 2026
          New York, New York