**IN THE UNITED STATES
COURT OF INTERNATIONAL TRADE**

CAMEL ENERGY, INC.,

        Plaintiff,

      v.

UNITED STATES OF AMERICA and
UNITED STATES CUSTOMS AND
BORDER PROTECTION,

        Defendants.

Case No.: 25-00420

Hon. Claire R. Kelly

---

## STIPULATED JUDGMENT ON AGREED STATEMENT OF FACTS

This action, as prescribed by Rule 58.1 of the Rules of the Court of the United States Court of International Trade (USCIT), is stipulated for judgment on the following statement of facts in which the parties agree that:

1.      Between August 2025 and September 2025, Defendant U.S. Customs and Border Protection ("CBP") detained Plaintiff's merchandise in the entries identified on Schedule A (the "Subject Entries") as potentially subject to the Uyghur Forced Labor Prevention Act (UFLPA). In each detention, Plaintiff responded and provided information to Defendants regarding its supply chain.

2.      The Subject Entries that were presented for customs examination were deemed excluded as a matter of law 30 days after they were presented for examination.

3.      Thereafter, Plaintiff filed protests challenging the claimed exclusions of the Subject Entries.

4.      Because CBP was unable to reach a decision within 30 days of the filing of the protests, Plaintiff's protests were denied as a matter of law for purposes of 28 U.S.C. § 1581(a).

1

5.    On December 8, 2025, Plaintiff filed a complaint challenging the denial of Plaintiff's protests concerning the Subject Entries.

6.    On January 12, 2026, Defendants answered Plaintiff's complaint.

7.    Between August 2025 and January 2026, CBP detained or excluded entries filed by Plaintiff that are not identified in Schedule A (together with the Subject Entries, the "Detained and Excluded Entries"). In each detention or exclusion, Plaintiff responded and provided information to Defendants regarding its supply chain.

8.    After filing the complaint, Plaintiff provided additional information concerning the supply chain for its merchandise in the Detained and Excluded Entries.

9.    On or around January 30, 2026, CBP completed its review of the supply chain for the above-mentioned merchandise, based on the information that Plaintiff provided. CBP's review was limited to determining whether the merchandise was subject to the application of the UFLPA (applicability review), specifically, whether it was mined, produced, or manufactured wholly or in part in the Xinjiang Uyghur Autonomous Region of the People's Republic of China (XUAR) or produced by an entity on the UFLPA entity list and consequently prohibited under 19 U.S.C. § 1307 (i.e., made with forced labor) and not entitled to entry. CBP determined that the merchandise in the Detained and Excluded Entries that it reviewed was not subject to the application of the UFLPA.

10.    Also on January 30, 2026, CBP notified Plaintiff, via email, that it had completed its limited review as to whether the UFLPA was applicable and that the information that Plaintiff provided did not reveal a link to the use of forced labor in the supply chain for the Detained and Excluded Entries. Accordingly, CBP informed Plaintiff that it would begin releasing the Detained and Excluded Entries. CBP's decision to release the Detained and Excluded Entries

was based solely on its finding that the merchandise in the Detained and Excluded Entries that it reviewed was not subject to the application of the UFLPA. Consequently, CBP began releasing the Detained and Excluded Entries after its determination on January 30, 2026.

11. CBP released the merchandise in the Subject Entries, which was part of the aforementioned review.

12. The merchandise in the Subject Entries is not subject to the application of the UFLPA, *i.e.*, the merchandise was not mined, produced, or manufactured wholly or in part in the XUAR or produced by an entity on the UFLPA entity list.

13. Each party will bear its own taxable costs permitted under USCIT R. 54 and 28 U.S.C. § 2412(a) and attorney's fees and expenses under USCIT R. 54.1 and 28 U.S.C. § 2412(b) & (d).

Stipulated Judgment on Agreed Statement of Facts,
*Camel Energy, Inc. v. United States*, Court No. 25-00420

                                        Respectfully Submitted,


*/s/ Mark V. Heusel*                    BRETT A. SHUMATE
Mark V. Heusel                          Assistant Attorney General
Jacob L. Clark
Daniel C. Ziegler                       PATRICIA M. MCCARTHY
DICKINSON WRIGHT PLLC                   Director
350 S. Main Street, Suite 300                              3/31/2026
Ann Arbor, MI 48104                     JUSTIN R. MILLER
(734) 623-1908                          Attorney-In-Charge
mheusel@dickinsonwright.com             International Trade Field Office
jlclark@dickinsonwright.com
dziegler@dickinson-wright.com                          3/31/2026
*Attorneys for Plaintiff Camel Energy, Inc.*  Monica P. Triana
                                        Mathias Rabinovitch
                                        Department of Justice, Civil Division
                                        Commercial Litigation Branch
                                        26 Federal Plaza – Room 346
                                        New York, New York 10278
                                        Tel. (212) 264-9240 or 9230
                                        *Attorneys for Defendants*


    Judgment is hereby entered in accordance with this stipulation and this action is

dismissed.

    **SO ORDERED**.


Dated:_____            _____
                                        Hon. Claire R. Kelly


4

**SCHEDULE A TO STIPULATED JUDGMENT**

Court No. 25-00420

| | Entry Number | Protest Number | Port of Entry (Port #) |
|---|---|---|---|
| 1 | DSV-7595502-8 | 5501-25-107394 | Dallas (5501) |
| 2 | DSV-7595500-2 | 2006-25-108021 | Memphis (2006) |
| 3 | DSV-7595566-3 | 5501-25-107395 | Dallas (5501) |
| 4 | DSV-7595599-4 | 2006-25-108022 | Memphis (2006) |
| 5 | 906-0496370-5 | 2809-25-111662 | San Francisco (2809) |
| 6 | 906-0496381-2 | 2809-25-111663 | San Francisco (2809) |
| 7 | 906-0496378-8 | 2809-25-111664 | San Francisco (2809) |
| 8 | 906-0496373-9 | 2809-25-111665 | San Francisco (2809) |
| 9 | 906-0496410-9 | 2809-25-111666 | San Francisco (2809) |
| 10 | 906-0496405-9 | 1704-25-107032 | Atlanta (1704) |
| 11 | 906-0496390-3 | 1704-25-107033 | Atlanta (1704) |
| 12 | 906-0496388-7 | 1704-25-107034 | Atlanta (1704) |
| 13 | 906-0497518-8 | 2809-25-11668 | San Francisco (2809) |
| 14 | 906-0497521-2 | 2809-25-111669 | San Francisco (2809) |
| 15 | 906-0497522-0 | 2809-25-111670 | San Francisco (2809) |
| 16 | 906-0497526-1 | 2809-25-111671 | San Francisco (2809) |
| 17 | 906-0497525-3 | 2809-25-111672 | San Francisco (2809) |
| 18 | 906-0497524-6 | 2809-25-111673 | San Francisco (2809) |
| 19 | 906-0497519-6 | 2809-25-111674 | San Francisco (2809) |
| 20 | 906-0497523-8 | 2809-25-111676 | San Francisco (2809) |
| 21 | 906-0497527-9 | 2809-25-111677 | San Francisco (2809) |
| 22 | DSV-7595781-8 | 5501-25-107401 | Dallas (5501) |
| 23 | 906-0497404-1 | 2809-25-111678 | San Francisco (2809) |
| 24 | 906-0497528-7 | 2809-25-111679 | San Francisco (2809) |
| 25 | 906-0497530-3 | 2809-25-111680 | San Francisco (2809) |

5

| 26 | 906-0497535-2 | 2809-25-111681 | San Francisco (2809) |
|----|---------------|----------------|----------------------|
| 27 | 906-0497529-5 | 2809-25-111682 | San Francisco (2809) |
| 28 | DSV-7595693-5 | 5501-25-107403 | Dallas (5501) |
| 29 | DSV-7595786-7 | 2006-25-108024 | Memphis (2006) |
| 30 | DSV-7595312-2 | 5501-25-107405 | Dallas (5501) |
| 31 | DSV-7595785-9 | 5501-25-107407 | Dallas (5501) |
| 32 | DSV-7595783-4 | 5501-25-107408 | Dallas (5501) |
| 33 | DSV-7595784-2 | 5501-25-107409 | Dallas (5501) |
| 34 | DSV-7595891-5 | 2006-25-108026 | Memphis (2006) |
| 35 | DSV-7595889-9 | 2006-25-108027 | Memphis (2006) |
| 36 | 906-0497828-1 | 2809-25-111685 | San Francisco (2809) |
| 37 | 906-0498063-4 | 1801-25-100720 | Tampa (1801) |
| 38 | 906-0497730-9 | 4601-25-139019 | New York (4601) |
| 39 | 906-0497531-1 | 4601-25-139021 | New York (4601) |
| 40 | 906-0498074-1 | 1801-25-100721 | Tampa (1801) |
| 41 | 906-0499347-0 | 1801-25-100722 | Tampa (1801) |
| 42 | 906-0499736-4 | 1801-25-100723 | Tampa (1801) |